**No. 10-9753. Anthony Williams, Petitioner v. Alvin W. Keller, Secretary, North Carolina Department of Correction.**

563 U.S. 997, 131 S. Ct. 2463, 179 L. Ed. 2d 1227, 2011 U.S. LEXIS 3725.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 396 Fed. Appx. 978.

**No. 10-9799. Thomas Kowalskey, Petitioner v. Dave Dormire, Superintendent, Jefferson City Correctional Center.**

563 U.S. 997, 131 S. Ct. 2464, 179 L. Ed. 2d 1227, 2011 U.S. LEXIS 3657.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-9815. Imhotep H'Shaka, Petitioner v. David Rock, Superintendent, Upstate Correctional Facility.**

563 U.S. 997, 131 S. Ct. 2464, 179 L. Ed. 2d 1227, 2011 U.S. LEXIS 3747.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-9824. Daniel Wayne Cook, Petitioner v. Janice K. Brewer, Governor of Arizona, et al.**

563 U.S. 997, 131 S. Ct. 2465, 179 L. Ed. 2d 1227, 2011 U.S. LEXIS 3752.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 649 F.3d 915.

**No. 10-9838. Yuri Yusov, Petitioner v. James M. Shaughnessy, et al.**

563 U.S. 997, 131 S. Ct. 2465, 179 L. Ed. 2d 1227, 2011 U.S. LEXIS 3730.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 396 Fed. Appx. 780.

**No. 10-9858. Robert Becker, Petitioner v. Illinois.**

563 U.S. 997, 131 S. Ct. 2465, 179 L. Ed. 2d 1227, 2011 U.S. LEXIS 3716.

May 16, 2011. Petition for writ of certiorari to the Supreme Court of Illinois denied.

Same case below, 239 Ill. 2d 215, 346 Ill. Dec. 527, 940 N.E.2d 1131.

**No. 10-9865. Andrew Porch, Petitioner v. Blaine C. Lafler, Warden.**

563 U.S. 998, 131 S. Ct. 2481, 179 L. Ed. 2d 1227, 2011 U.S. LEXIS 3637.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.